JOHN J. HOFFMAN et al., Appellants, *v.* TEMPA E. DYRUFF et al., Respondents, Impleaded with Another.

Argued March 4, 1941; decided April 17, 1941.

*Sylvester Benjamin* for appellants.

*Nicholas F. Dyruff* for Tempa E. Dyruff, respondent.

*William L. Shumate* for Bernheim Contracting Company, Inc., respondent.

*Samuel E. Swiggett* for Herman Kishner, respondent.

Appeal from order of Appellate Division granting new trial dismissed, with costs.   Judgment of Appellate Division dismissing the complaint as to Tempa E. Dyruff affirmed, with costs.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.